UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZACHARY TAYLOR,

        Plaintiff,                              Case No. 1:16-CV-1073

v.                                                   Hon. Gordon J. Quist

UNKNOWN CARNEY, et al.,

        Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Kent's June 8, 2017, Report and Recommendation (R & R) recommending that the Court grant Defendant Carney's motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies and dismiss the case. The R & R was duly served on Plaintiff on June 9, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 8, 2017 (ECF No. 12), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Carney's Motion for Summary Judgment Based on Plaintiff's failure to exhaust (ECF No. 7) is **GRANTED**, and Plaintiff's complaint is **dismissed without prejudice**.

This case is **concluded**.

A separate judgment will enter.


Dated: July 10, 2017                                                /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE